JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MING WU,<br><br>  Plaintiff,<br><br>v.<br><br>ALEJANDRO MAYORKAS, SECRETARY U.S. DEPARTMENT OF HOMELAND SECURITY, ET AL,<br><br>  Defendant. | Case No. 2:25-cv-00329-AB (RAOx)<br><br>**ORDER DISMISSING ACTION GIVEN PENDING ADJUDICATION OF APPLICATION** |

The Court has reviewed the Parties' Stipulation to Stay Case Pending Adjudication of Application. Defendants have agreed to adjudicate Plaintiff's application—the relief sought by the Complaint. Rather than stay the action, Court **DISMISSES** the action without costs and without prejudice to the right to re-open the action, or seek an extension to do so, by **January 19, 2026** if Defendants have not provided their decision. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

**SO ORDERED.**

Dated: February 5, 2025

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.